**No. 41673.**—Protest 964948–G of Max Landau & Co. (New York).

Opinion by KEEFE, J. The evidence was held insufficient to overcome the presumption of correctness of the official findings of net weight of the milk powder in question. The protest was therefore overruled.

**No. 41674.**—Protest 975697–G of Guy B. Barham Co. (Los Angeles).

Opinion by KEEFE, J. On the authority of Abstract 39125 the olives in question were held dutiable on the basis of their weight exclusive of the weight of the oil.

BEFORE THE SECOND DIVISION, JUNE 17, 1939

**No. 41675.**—Petition 5563–R of W. R. Sullivan (Atlanta).

Opinion by KINCHELOE, J. It appeared that the importer consulted the appraiser before he made the entry. The entered value was advanced, which was sustained on appeal to reappraisement. It was found from the evidence that the petitioner honestly believed that he had entered the merchandise at the true value. On the authority of *Syndicate Trading Co.* v. *United States* (13 Ct. Cust. Appls. 409, T. D. 41339) it was held that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.